IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ERIC RAMIREZ, :
    Plaintiff, :
:
v. : CIVIL ACTION NO. 18-1875
:
LEHIGH COUNTY COURT, *et al.,* :
    Defendants. :

## ORDER

**AND NOW**, this 5th day of March, 2019, upon consideration of all pending motions in this matter, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss Plaintiff's Complaint filed by Lehigh County Court and the Honorable Brian Johnson (Docket No. 13), is **GRANTED**, and Plaintiff's Complaint is **DISMISSED** with prejudice as to Defendants Lehigh County Court and the Honorable Brian Johnson. Plaintiff's Complaint is **DISMISSED** without prejudice as to Defendant Jaclyn Bonstingl;

2. Plaintiff's Motions for Orders (Docket Nos. 9, 10, 11 and 12) are **DENIED** as moot; and

3. The Clerk of Court shall close this case.

                                      **BY THE COURT:**

                                      **s/s Jeffrey L. Schmehl**
                                      JEFFREY L. SCHMEHL, J.